UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JOSE CRISTOBAL CARDONA, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:20-cv-00035-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1.      The petition filed by Petitioner Jose Cristobal Cardona pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED**.

2.      Judgment is entered in favor of Respondent with respect to the issues raised in this proceeding.

3.      This action is **DISMISSED** and **STRICKEN** from the docket.

4.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 30th day of April, 2020.

Gregory F. Van Tatenhove
United States District Judge